No. 81–1928.  FIDELITY TELEVISION, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 81–1929.  MULTI-STATE COMMUNICATIONS, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.  Reported below: 216 U. S. App. D. C. 57, 670 F. 2d 215.

No. 81–1941.  EATOUGH *v.* ALBANO ET AL.  C. A. 3d Cir. Certiorari denied.

No. 81–1943.  EVANS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 81–1947.  CASTRO *v.* TEXAS DEPARTMENT OF HUMAN RESOURCES.  Ct. App. Tex., 4th Sup. Jud. Dist.  Certiorari denied.

No. 81–1948.  KEATING *v.* KEATING, PERSONAL REPRESENTATIVE OF THE ESTATE OF KEATING.  Ct. App. Wis. Certiorari denied.

No. 81–1949.  UNIROYAL, INC. *v.* SKAINES, DBA WYATT TIRE DISTRIBUTORS.  C. A. 6th Cir.  Certiorari denied.

No. 81–1950.  KOZMEL *v.* INDUSTRIAL COMMISSION OF ILLINOIS ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 81–1951.  VESSEL HOEGH SHIELD ET AL. *v.* GULF TRADING & TRANSPORTATION CO.  C. A. 5th Cir.  Certiorari denied.

No. 81–1954.  SHORT *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 81–1955.  NAAS *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 81–1956.  VAN SICKLE *v.* VAN SICKLE.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.